IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

JAMES DEON KORFHAGE
_____/

SEALED
INDICTMENT

4:15cr9-RH

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about March 4, 2015, and on or about March 5, 2015, in the Northern District of Florida and elsewhere, the defendant,

**JAMES DEON KORFHAGE,**

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference as part of this forfeiture count. Because the defendant,

**JAMES DEON KORFHAGE,**

did knowingly commit an offense under Section 2422 of Chapter 117, involving use of an interstate facility to attempt to persuade, induce, and entice individuals who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, any and all interest that this defendant has in any property, real and personal, used and intended to be used to commit and promote the commission of said offense is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2428.

A TRUE BILL:

REDACTED

4-7-15
DATE

_____
PAMELA C. MARSH
United States Attorney

_____
JASON R. COODY
Assistant United States Attorney

2