# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:15–mj–00334–RGV–1
## *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Korfhage | Date Filed: 04/27/2015 |
| Other court case number: 4:15–cr–9 – Northern District of Florida (Talahassee) | Date Terminated: 04/30/2015 |

Assigned to: Magistrate Judge Russell G. Vineyard

**Defendant (1)**

**James Deon Korfhage**  represented by  **Suzanne Hashimi**
*TERMINATED: 04/30/2015*  Federal Defender Program Inc.–Atl
 Suite 1500, Centennial Tower
 101 Marietta Street, NW
 Atlanta, GA 30303
 404–688–7530
 Fax: 404–688–0768
 Email: Suzanne_Hashimi@FD.Org
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2422 and 2428 – COERCION OR ENTICEMENT OF | |

FEMAOLE

**Plaintiff**

**USA** represented by **Jamie L Mickelson**
U.S. Attorney's Office−ATL
Assistant United States Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
(404)581−4648
Email: jamie.l.mickelson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/27/2015 | | 4 | Arrest (Rule 40) of James Deon Korfhage (ryc) (Entered: 04/30/2015) |
| 04/27/2015 | 1 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to James Deon Korfhage. Signed by Magistrate Judge Russell G. Vineyard on 4/27/15. (ryc) (Entered: 04/30/2015) |
| 04/27/2015 | 2 | 6 | MOTION for Detention by USA as to James Deon Korfhage. (ryc) (Entered: 04/30/2015) |
| 04/27/2015 | 3 | 9 | Minute Entry for proceedings held before Magistrate Judge Russell G. Vineyard: Initial Appearance in Rule 5(c)(3) Proceedings as to James Deon Korfhage held on 4/27/2015. Order appointing Federal Defender as counsel for defendant. Defendant WAIVES identity hearing. Government's motion for detention filed. Detention Hearing set for 4/30/2015 at 09:30 AM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. (Tape #FTR) (ryc) (Entered: 04/30/2015) |
| 04/27/2015 | 4 | 10 | WAIVER of Rule 5 &5.1 Hearings by James Deon Korfhage (ryc) (Entered: 04/30/2015) |
| 04/27/2015 | 5 | 11 | Order of Temporary Detention pursuant to Bail Reform Act by Magistrate Judge Russell G. Vineyard as to James Deon Korfhage. Detention Hearing set for 4/30/2015 at 09:30 AM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. (ryc) (Entered: 04/30/2015) |
| 04/30/2015 | 6 | 12 | Minute Entry for proceedings held before Magistrate Judge Russell G. Vineyard: Detention Hearing held as to James Deon Korfhage (1). GRANTING 2 Government's Motion for Detention. Pretrial detention ordered. Written order to follow. Commitment issued. (Tape #FTR) (ryc) (Entered: 05/04/2015) |
| 04/30/2015 | 7 | 13 | ORDER OF DETENTION Pending Trial as to James Deon Korfhage. Signed by Magistrate Judge Russell G. Vineyard on 4/30/15. (ryc) (Entered: 05/04/2015) |
| 04/30/2015 | 8 | 14 | COMMITMENT TO ANOTHER DISTRICT as to James Deon Korfhage. Defendant committed to the Northern District of Florida (Talahassee). Signed by Magistrate Judge Russell G. Vineyard on 4/30/15. (ryc) (Entered: |

| | | | |
|---|---|---|---|
| | | | 05/04/2015) |
| 04/30/2015 | | 15 | Magistrate Case Closed. Defendant James Deon Korfhage terminated. (ryc) (Entered: 05/04/2015) |
| 05/04/2015 | | 16 | Transmittal of Rule 5(c)(3) Documents as to James Deon Korfhage, sent to Northern District of Florida (Talahassee) electronically with a copy of the docket sheet. (ryc) (Entered: 05/04/2015) |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Suzanne Hashimi (angie_felton@fd.org, ganat_ecf@fd.org,
suzanne_hashimi@fd.org), Jamie L Mickelson (gaylene.berberick@usdoj.gov,
jamie.l.mickelson@usdoj.gov, karen.darden@usdoj.gov, usagan.motionsresponses@usdoj.gov),
Magistrate Judge Russell G. Vineyard (ganddb_efile_rgv@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7068335@gand.uscourts.gov
Subject:Activity in Case 1:15-mj-00334-RGV USA v. Korfhage Arrest - Rule 40
```
Content−Type: text/html

# U.S. District Court

## Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 4/30/2015 at 2:30 PM EDT and filed on 4/27/2015

**Case Name:** USA v. Korfhage
**Case Number:** 1:15−mj−00334−RGV
**Filer:**
**Document Number:** No document attached
**Docket Text:**
 **Arrest (Rule 40) of James Deon Korfhage (ryc)**

**1:15−mj−00334−RGV−1 Notice has been electronically mailed to:**

Jamie L Mickelson   jamie.l.mickelson@usdoj.gov, gaylene.berberick@usdoj.gov, karen.darden@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Suzanne Hashimi   Suzanne_Hashimi@FD.Org, angie_felton@fd.org, GANAT_ECF@FD.ORG

**1:15−mj−00334−RGV−1 Notice has been delivered by other means to:**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 27 2015

JAMES N. HATTEN, Clerk
By: pAm  Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA

vs.

JAMES DEON KORFHAGE

CASE NO. 1:15-MJ-334

## ORDER APPOINTING COUNSEL

SUZANNE HASHIMI

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 27TH day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JAMES DEAN KORFHAGE

Criminal Action No. 1:15-mj-334

## Government's Motion for Detention

The United States of America, by counsel, John A. Horn, Acting United States Attorney, and Jamie L Mickelson, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

    This case is eligible for a detention order because this case involves:

    Any felony involving a minor that is not otherwise a crime of violence.

2. **Reason for Detention**

    The Court should detain defendant because there are no conditions of release that will reasonably assure the defendant's appearance as required and the safety of the community.

3. **Rebuttable Presumption**

    The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. §

3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

> An offense involving a MINOR victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

**4. Time for Detention Hearing**

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: April 27, 2015.

Respectfully submitted,

Richard Russell Federal Building
75 Spring Street S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-4648

JOHN A. HORN
ACTING UNITED STATES ATTORNEY

/s/ Jamie M.
JAMIE L MICKELSON
Assistant United States Attorney
Ga. Bar No. 591094

## Certificate of Service

I served this document today by hand delivering it to counsel of record

April 27, 2015

JAMIE L MICKELSON
Assistant United States Attorney

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**     FILED IN OPEN COURT

DATE: 4/27/2015 @ 4:08pm

TAPE: FTR

TIME IN COURT: 8 mins.

| | |
|---|---|
| MAGISTRATE JUDGE   RUSSELL G. VINEYARD | COURTROOM DEPUTY CLERK:   P. MONTGOMERY |
| CASE NUMBER:   1:15-MJ-334 | DEFENDANT'S NAME:   JAMES DEON KORFHAGE |
| AUSA:   MICKELSON | DEFENDANT'S ATTY:   SUZANNE HASHIMI |
| USPO / PTR: | ( ) Retained    ( ) CJA    (X) FDP    ( ) Waived |

\_\_\_\_ ARREST DATE _____

**X** Initial appearance hearing held.     \_\_\_\_ Defendant informed of rights.

\_\_\_\_ Interpreter sworn: _____

### COUNSEL

**X** ORDER appointing Federal Defender as counsel for defendant.

\_\_\_\_ ORDER appointing _____ as counsel for defendant.

\_\_\_\_ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

**X** Defendant WAIVES identity hearing.     \_\_\_\_ WAIVER FILED

\_\_\_\_ Identity hearing HELD.     \_\_\_\_ Def is named def. in indictment/complaint; held for removal to other district.

\_\_\_\_ Defendant WAIVES preliminary hearing in this district only.     \_\_\_\_ WAIVER FILED

\_\_\_\_ Preliminary hearing HELD.     \_\_\_\_ Probable cause found; def. held to District Court for removal to other district

\_\_\_\_ Commitment issued.

### BOND/PRETRIAL DETENTION HEARING

**X** Government motion for detention filed.     4-30-15 @ 9:30am

\_\_\_\_ Pretrial hearing set for _____ @ _____ ( ) In charging district.)

\_\_\_\_ Bond/Pretrial detention hearing held.

\_\_\_\_ Government motion for detention ( ) GRANTED ( ) DENIED

\_\_\_\_ Pretrial detention ordered.     \_\_\_\_ Written order to follow.

\_\_\_\_ BOND set at _____    \_\_\_\_ NON-SURETY    \_\_\_\_ SURETY

     \_\_\_\_ cash    \_\_\_\_ property    \_\_\_\_ corporate surety ONLY

\_\_\_\_ SPECIAL CONDITIONS: _____

---

\_\_\_\_ Bond filed. Defendant released.

\_\_\_\_ Bond not executed. Defendant to remain in Marshal's custody.

\_\_\_\_ Motion ( \_\_\_ verbal) to reduce/revoke bond filed.

\_\_\_\_ Motion to reduce/revoke bond    \_\_\_\_ GRANTED    \_\_\_\_ DENIED

\_\_\_\_ See page 2

9

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 27 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA

V.

__JAMES DEON KORFHAGE__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:15-MJ-334

CHARGING DISTRICTS
CASE NUMBER: 4:15CR9

I understand that charges are pending in the __NORTHERN__ District of __FLORIDA__ alleging violation of __18:2422 & 2428__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

x _____
Defendant

4-27-15
Date

_____
Defense Counsel

AO 470 (8/85) Order of Temporary Detention

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 27 2015

JAMES N. HATTEN, Clerk
By: pAm  Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

JAMES DEON KORFHAGE

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CASE NO: 1:15-MJ-334

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for [1] APRIL 30, 2015 at 9:30 am before RUSSELL G. VINEYARD, United States Magistrate Judge, U.S. Courthouse, Richard B. Russell Building, 20th Floor, Courtroom 2022, 75 Spring Street, S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 27TH DAY OF APRIL, 2015.

_Russell G. Vineyard_
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. 3142(f)(2).
  A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate; or attempt to threaten, injure, or intimidate a prospective witness or juror.

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**

FILED IN OPEN COURT
DATE: 4/30/2015 @ 9:40
TAPE: FTR GOLD
TIME IN COURT: 30 mins.

| | |
|---|---|
| MAGISTRATE JUDGE: RUSSELL G. VINEYARD | COURTROOM DEPUTY CLERK: P. MONTGOMERY |
| CASE NUMBER: 1:15-MJ-334 | DEFENDANT'S NAME: JAMES DEON KORFHAGE |
| AUSA: MARY ROEMER | DEFENDANT'S ATTY: SUZANNE HASHIMI |
| USPO / PTR: | ( ) Retained  ( ) CJA  (X) FDP  ( ) Waived |

_____ ARREST DATE _____

_____ Initial appearance hearing held.    _____ Defendant informed of rights.

_____ Interpreter sworn: _____

**COUNSEL**

_____ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

**IDENTITY / PRELIMINARY HEARING**

_____ Defendant WAIVES identity hearing.    _____ WAIVER FILED

_____ Identity hearing HELD.    _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.    _____ WAIVER FILED

_____ Preliminary hearing HELD.    _____ Probable cause found; def. held to District Court for removal to other district

X  Commitment issued.

**BOND/PRETRIAL DETENTION HEARING**

_____ Government motion for detention filed .    _____ @ _____

_____ Pretrial hearing set for _____ @ _____    ( ) In charging district.)

X  Bond/Pretrial detention hearing held.

X  Government motion for detention ( ✓ ) GRANTED  ( ) DENIED

✓  Pretrial detention ordered.    ✓ Written order to follow.

_____ BOND set at _____    _____ NON-SURETY    _____ SURETY

_____ cash    _____ property    _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____ Bond filed.  Defendant released.

_____ Bond not executed.  Defendant to remain in Marshal's custody.

_____ Motion ( _____ verbal)  to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond    _____ GRANTED    _____ DENIED

_____ See page 2

12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

4/30/2015

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA

vs

JAMES DEON KORFHAGE

*Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case No.:   1:15-MJ-334

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f) a detention hearing has been held.

**Part I - Findings of Fact**

A.   **Rebuttable Presumption Cases**

☑ (1) This is a **rebuttable presumption case** because there is probable cause to believe that the defendant has committed an offense under 18 U.S.C.,§3142(e)(3), that is, an offense, for which a maximum term of imprisonment of ten years or more is prescribed in _18:2422_; or under §924(c); **and**

☑ (2) Defendant has **not rebutted** the presumption that no condition or combination of conditions will reasonably assure the safety of another person or the community and/or no condition or combination of conditions will reasonably assure the appearance of the defendant as required

B.   **Non-Rebuttable Presumption Cases**

☐ (1) This is **not a rebuttable presumption case**; however, the case is eligible for a detention hearing under 18 U.S.C. §3142(f)(1); and

(2) There is a serious risk that

☐ (a) The defendant will not appear, and/or
☐ (b) The defendant will endanger the safety of another person or the community

**Part II - Written Statement of Reasons for Detention**

I find that the information submitted at the hearing establishes:

☑ by a preponderance of the evidence, that no condition or combination of conditions will reasonably assure the appearance of the defendant as required; and/or ☑ by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community

My reasons are: Defendant is charged with inducing a minor to engage in sexual activity. He is alleged to have used violence against the minor and threatened her if she reported it. He has prior convictions for battery and obstruction of an officer, and he has had probation revoked 5 times. He has alleged to have made threats against family members and against an individual who reported defendant made false claims of military service. Defendant was not truthful with interviewing officer.

**Part III - Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: APRIL __30__, 2015

_Russell G. Vineyard_
RUSSELL G. VINEYARD, UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN   District of   GEORGIA

UNITED STATES OF AMERICA
V.
JAMES DEON KORFHAGE

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 4:15CR9 | 1:15-MJ-334 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of   18   U.S.C. §   2422 & 248

**DISTRICT OF OFFENSE**
NORTHERN DISTRICT OF FLORIDA.

**DESCRIPTION OF CHARGES:**

ENTICING A MINOR TO ENGAGE IN SEXUAL ACTIVITY.

FILED IN OPEN COURT
U.S.D.C. - Atlanta

4/30/15

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

4/30/15                      _Russell G. Vineyard_
Date                         Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Suzanne Hashimi (angie_felton@fd.org, ganat_ecf@fd.org,
suzanne_hashimi@fd.org), Jamie L Mickelson (gaylene.berberick@usdoj.gov,
jamie.l.mickelson@usdoj.gov, karen.darden@usdoj.gov, usagan.motionsresponses@usdoj.gov),
Magistrate Judge Russell G. Vineyard (ganddb_efile_rgv@gand.uscourts.gov)
--Non Case Participants: File Clerks (ganddb_file_clerks@gand.uscourts.gov)
--No Notice Sent:

Message-Id:7074181@gand.uscourts.gov
Subject:Activity in Case 1:15-mj-00334-RGV USA v. Korfhage Termination of Magistrate Case
```
Content−Type: text/html

# U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 5/4/2015 at 4:02 PM EDT and filed on 4/30/2015

**Case Name:**   USA v. Korfhage
**Case Number:**   1:15−mj−00334−RGV
**Filer:**
**Document Number:**  No document attached

**Docket Text:**
**Magistrate Case Closed. Defendant James Deon Korfhage terminated. (ryc)**

**1:15−mj−00334−RGV−1 Notice has been electronically mailed to:**

Jamie L Mickelson   jamie.l.mickelson@usdoj.gov, gaylene.berberick@usdoj.gov, karen.darden@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Suzanne Hashimi   Suzanne_Hashimi@FD.Org, angie_felton@fd.org, GANAT_ECF@FD.ORG

**1:15−mj−00334−RGV−1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Suzanne Hashimi (angie_felton@fd.org, ganat_ecf@fd.org,
suzanne_hashimi@fd.org), Jamie L Mickelson (gaylene.berberick@usdoj.gov,
jamie.l.mickelson@usdoj.gov, karen.darden@usdoj.gov, usagan.motionsresponses@usdoj.gov),
Magistrate Judge Russell G. Vineyard (ganddb_efile_rgv@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7074185@gand.uscourts.gov
Subject:Activity in Case 1:15-mj-00334-RGV USA v. Korfhage Transmittal of Rule 5(c)(3)
Documents
Content-Type: text/html
```

# U.S. District Court

## Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 5/4/2015 at 4:02 PM EDT and filed on 5/4/2015

| | |
|---|---|
| **Case Name:** | USA v. Korfhage |
| **Case Number:** | 1:15−mj−00334−RGV |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Transmittal of Rule 5(c)(3) Documents as to James Deon Korfhage, sent to Northern District of Florida (Talahassee) electronically with a copy of the docket sheet. (ryc)**

**1:15−mj−00334−RGV−1 Notice has been electronically mailed to:**

Jamie L Mickelson   jamie.l.mickelson@usdoj.gov, gaylene.berberick@usdoj.gov, karen.darden@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Suzanne Hashimi   Suzanne_Hashimi@FD.Org, angie_felton@fd.org, GANAT_ECF@FD.ORG

**1:15−mj−00334−RGV−1 Notice has been delivered by other means to:**