# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

VS

SEALED
CASE NO. 4:15cr9-RH

JAMES DEON KORFHAGE

## WARRANT FOR ARREST

F10.9778679

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JAMES DEON KORFHAGE
                                              Name
and bring him or her forthwith to the nearest magistrate to answer an

### Indictment

charging him or her with:

Knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity

in violation of Title 18 United States Code, Section(s) 2422

Jessica J. Lyublanovits
Name of Issuing Officer

*[signature]*
Deputy Clerk: Angela Maxwell

Clerk of Court
Title of Issuing Officer

April 7, 2015      Tallahassee
Date and Location

by  Charles Stampelos
        Name of Judicial Officer

Bail fixed at $ Bail Reform Act
and/or in accordance with Comprehensive Crime
Control Act of 1984.

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ by Customs, Atlanta GA |

| DATE RECEIVED 5/7/15 | NAME AND TITLE OF ARRESTING OFFICER Dusm Kerry Phillips | SIGNATURE OF ARRESTING OFFICER Kerry Phillips |
|---|---|---|
| DATE OF ARREST 5/24/15 | | |

Filed050715UsDcFln4PM0141