**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| *UNITED STATES OF AMERICA,* | ) | |
| | ) | |
| *Plaintiff,* | ) | *Case No:  4:15-cr-9-RH* |
| | ) | |
| *vs.* | ) | *Tallahassee, Florida* |
| | ) | *May 18, 2015* |
| *JAMES DEON KORFHAGE,* | ) | *10:41 A.M.* |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

**TRANSCRIPT OF INITIAL APPEARANCE AND ARRAIGNMENT**
**BEFORE THE HONORABLE CHARLES A. STAMPELOS THE DEFENDANT,**
**UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Pamela C. Marsh |
| | United States Attorney |
| | By: JASON R. COODY |
| | Assistant U.S. Attorney |
| | *jason.coody@usdoj.gov* |
| | 111 North Adams Street |
| | Tallahassee, Florida   32301 |
| | |
| For the Defendant: | Randolph P. Murrell |
| | Federal Public Defender |
| | By:  RANDOLPH P. MURRELL |
| | Federal Public Defender |
| | *randolph_murrell@fd.org* |
| | 227 North Bronough Street |
| | Tallahassee, Florida   32301 |



*JUDY A. GAGNON, RMR, FCRR*
*Official United States Court Reporter*
*111 North Adams Street * Tallahassee, Florida  32301-7717*
*(850) 561-6822*

**P R O C E E D I N G S**

(*Call to Order of the Court.*)

(*Defendant present.*)

THE COURT: Good morning. Okay. We're here in the case of USA versus James Deon Korfhage; Case Number 4:15-cr-9-RH.

Mr. Korfhage, my name is Charlie Stampelos. I'm a U.S. Magistrate Judge. I'm going to conduct this proceeding today. If you have any questions, please ask Mr. Murrell. We'll get your questions answered.

Okay. Has this indictment been unsealed?

MR. COODY: It has in the Northern District of Georgia, Your Honor.

THE COURT: Okay. You are charged in Count One with enticement of a minor. Carries a maximum penalty of ten years to life imprisonment, five years to life supervised release, a $250,000 fine, a hundred dollar special monetary assessment. There's a criminal forfeiture provision in the indictment.

You have the right to remain silent, which means you don't have to make any statements.

You have a right to consult with an attorney. If you desire to make any statements and to have an attorney with you, if you desire to make any statements, but any statements you make could be used against you at trial.

Any questions regarding your rights or the charges?

```
 1  Okay.
 2          You filled out a financial affidavit I know in
 3  Georgia, but you filled out one here.  Would you please stand
 4  and be sworn?
 5          DEPUTY CLERK:  Please stand.  Please raise your right
 6  hand.
 7          ***JAMES DEON KORFHAGE, THE DEFENDANT, DULY SWORN***
 8          DEPUTY CLERK:  Please be seated.
 9          THE COURT:  Is the information true in your financial
10  affidavit?
11          THE DEFENDANT:  Yes, Your Honor.
12          THE COURT:  Based upon your representation, I will
13  appoint the Federal Public Defender to represent you.
14          It's my understanding that you waived the identity
15  hearing up in Atlanta?
16          THE DEFENDANT:  Yes, Your Honor.
17          THE COURT:  And you had a detention hearing before a
18  U.S. Magistrate Judge?
19          THE DEFENDANT:  Yes, Your Honor.
20          THE COURT:  All right.  Then I have a copy of the
21  findings by Judge Vineyard in that case.  Okay.
22          What's the government's position?
23          MR. COODY:  Your Honor, the government would seek
24  detention.  I believe counsel can elaborate further as to
25  their position.
```

1  THE COURT: Okay. Mr. Murrell, under 18 U.S. Code
2  Section 3145(b), since there has already been an order of
3  detention issued by the magistrate judge in the arresting
4  jurisdiction, my understanding is -- you would be moving to
5  revoke that or modify that order.
6  MR. MURRELL: I suppose that would be the effect;
7  yes, sir.
8  THE COURT: That's technical.
9  MR. MURRELL: Yes, sir.
10  THE COURT: All right. What's your position on --
11  MR. MURRELL: We were hoping that we could have that
12  hearing. He's got some witnesses out of town, so we were
13  hoping that we could have it on Wednesday.
14  THE COURT: Okay. Mr. Coody, any objection?
15  MR. MURRELL: No, Your Honor.
16  THE COURT: Okay. Well, essentially, the order will
17  say defendant represented by counsel requested a continuation
18  of the detention hearing, but formally it's treated as a
19  motion to amend or revoke.
20  All right. The next is the arraignment. I will read
21  the indictment to you.
22  MR. MURRELL: Judge, Mr. Korfhage has a copy of the
23  indictment. So we'll waive the reading of the indictment, and
24  I'll enter a plea of not guilty for him.
25  THE COURT: Okay. Let the record reflect the plea of

```
 1  not guilty is entered on behalf of Mr. Korfhage.  The trial is
 2  scheduled for July 20th, 2015, at 8:15 a.m. before Judge
 3  Hinkle.
 4          I believe the detention hearing will be before Judge
 5  Hinkle on Wednesday.  And as I said, I'll enter an order of
 6  temporary detention.  So you will be under detention pending
 7  the decision rendered on the hearing Wednesday at 9:00.
 8          Anything further?
 9          MR. COODY:  No.  Thank you, Your Honor.
10          THE COURT:  Mr. Murrell, anything further?
11          MR. MURRELL:  Nothing further from the defense.
12          THE COURT:  Okay.  I did note in the pretrial
13  services report there were -- there were -- several charges
14  were unknown, and it might be helpful to Judge Hinkle if some
15  of those gaps were filled in for everybody to know what --
16  have a complete presentence report.  There's also two failures
17  to appear on page 6 of the pretrial services report, and
18  that's all there is.  So maybe if there's some follow up to
19  that that would be helpful.
20          Anybody want to add anything?  Mr. Coody?
21          MR. COODY:  No.  Thank you, Your Honor.
22          THE COURT:  Mr. Murrell?
23          MR. MURRELL:  No, sir.
24          THE COURT:  All right.  Thank you all.  We'll be in
25  recess.
```

1    (*The proceedings adjourned at 10:45 a.m.*)

2              *  *  *  *  *  *  *  *

6    I certify that the foregoing is a correct transcript from the
     record of proceedings in the above-entitled matter.  Any
7    redaction of personal data identifiers pursuant to the
     Judicial Conference Policy on Privacy are noted within the
8    transcript.

11   *Judy A. Gagnon*                              7/15/2016
     Judy A. Gagnon, RMR, FCRR                    Date
12   Official U.S. Court Reporter